FILED

04/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0054

**Supreme Court Cause No. DA 23-0054**

THE MARY ELLEN DUKE TRUST,
dated March 13, 1997,
MILLARD COX, MINA COX, and
TROUT CREEK RANCH,

              Plaintiffs and Appellees.

    v.

LEE LOU, LLC, a Montana limited
liability company,

              Defendant and Appellant.

---

**ORDER GRANTING EXTENSION OF TIME TO FILE
APPELLEE'S OPENING BRIEF**

---

Upon consideration of The Mary Ellen Duke Trust, dated March 13, 1997, Millard Cox, Mina Cox, and Trout Creek Ranch, Plaintiffs and Appellees Unopposed Motion for Extension of Time to File their Answer Brief in Response to Appellant's Opening Brief, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellees are granted an extension of time to and including May 19, 2023, within which to prepare, file and serve their Answer Brief in Response to Appellant's Opening Brief on appeal.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 13 2023